Cite as 2025 Ark. App. 409

# ARKANSAS COURT OF APPEALS

IN MEMORY OF SHAY WILSON RAYCHER

**Opinion Delivered** September 5, 2025

## PER CURIAM

*"It is not often that someone comes along who is a true friend and a good writer."*[1]

Today, the Arkansas Court of Appeals recognizes how fortunate we are to have worked alongside someone who was both a true friend and a good writer, Shay Wilson Raycher, who passed away unexpectedly on August 29, 2025.

Shay first came to the court in January 1997. Over the next twenty-eight years, Shay would serve as a law clerk for five of this court's judges—Margaret Meads; John F. Stroud, Jr.; David M. "Mac" Glover; Meredith Switzer; and Stephanie Potter Barrett. In that time, she would conduct research, offer advice, and write memoranda and draft opinions for this court on literally thousands of cases.

Shay earned her reputation as a hardworking and respected colleague. Her warm and welcoming nature, coupled with her years of expertise, meant that she was often consulted for help on difficult legal issues, and she always was quick to listen and offer advice. Throughout her tenure, she was a calming force and a voice of reason. We are all fortunate that Shay chose to dedicate her career to the work of this court. She was committed to the institution and to ensuring that its work serves the citizens of Arkansas—Shay was a true public servant.

Shay was also more than an excellent and trusted colleague. She was a dear friend. As much as she enjoyed the work, she enjoyed the people more. Shay always greeted her friends and coworkers with a broad smile and took a sincere interest in the lives of others. Shay knew about the important things in our lives, and in turn, we knew about the important things in her life, especially her children, Sayer and Hayden, whom she adored.

---

[1]E.B. White, *Charlotte's Web* 184 (1953).

The Arkansas Court of Appeals is immensely grateful to have known and worked with Shay these past twenty-eight years. This institution is better because of her. Even more so, we are better for having had her as a friend. We offer our deepest condolences to all who knew and loved Shay.